**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MOSHARRAF M. HOSSAIN, on behalf of himself and all others similarly situated,<br><br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br><br>Defendant. | Civil Action No. 2:20-cv-18234-JMV-JBC<br><br><br><br>**STIPULATION OF DISMISSAL** |

      **IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for the Plaintiff and Defendant in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action and all claims that were or could have been made herein by Plaintiff are hereby dismissed with prejudice as to Plaintiff and without prejudice as to any unnamed class members, without costs to any party as against any other, and with each party bearing its own legal costs and expenses.

      **IT IS HEREBY FUTHER AGREED,** that this stipulation may be filed, without further notice, with the Court and may be executed by facsimile.

Dated: Floral Park, NY
      October 21, 2021

     /s/ Ryan L. Gentile, Esq.
     Law Offices of Gus Michael Farinella, PC
     110 Jericho Turnpike – Suite 100
     Floral Park, NY 11001
     Tel: 201-873-7675
     Email: rlg@lawgmf.com
     *Attorneys for Plaintiff, Mosharraf Hossain*

     /s/ Dana Briganti, Esq.
     Hinshaw & Culbertson, LLP
     800 Third Avenue, 13th Floor
     New York, NY 10022
     Tel: 212-471-6200
     Email: dbriganti@hinshawlaw.com

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 10/25/21